IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ONWY C. UZOIGWE,

      Plaintiff,

v.

VERIZON MARYLAND LLC, et al.

      Defendant.

Civil Case No. _____

## NOTICE OF REMOVAL

Please take notice that, by and through their undersigned counsel and pursuant to 28 U.S.C. § 1441, *et seq.,* Defendants, Verizon Maryland LLC ("Verizon") and Jeffrey Douglas ("Mr. Douglas") (collectively, "Verizon Defendants"), file this Notice of Removal serving to remove this action, which initially was filed by Plaintiff Onwy Uzoigwe ("Plaintiff") in the Circuit Court of Maryland for Howard County and captioned as *Onwy C. Uzoigwe* v. *Verizon Maryland LLC, Jeffrey S. Douglas, and Communications Workers of America Local 2100 ("CWA")*, Case No. C-13-CV-23-000942 (the "Circuit Court Action"), to this Court, the United States District Court for the District of Maryland. The grounds for removal are as follows:

1. On November 19, 2023, Plaintiff filed the Circuit Court Action.

2. On November 25, 2023, Mr. Douglas was served with the Complaint in the Circuit Court Action. On November 27, 2023, Verizon was served with the Complaint in the Circuit Court Action. Thus, this Notice of Removal is timely because it is being filed within the statutorily allowed thirty (30) day period after Mr. Douglas, the first served defendant, was served with the Complaint. 28 U.S.C. § 1446(b).

3.      Pursuant to 28 U.S.C. § 1446(b)(2)(A), CWA, the only other defendant in this action, consents to removal, as evidenced by the Consent attached hereto as Exhibit 1.

4.       The Circuit Court Action is removable under 28 U.S.C. § 1441 because it falls within the original federal question jurisdiction of this Court under 28 U.S.C. § 1331, because it alleges violations of Title VII, 42 U.S.C. § 2000e, *et seq.* , 42 U.S.C. § 1981, 42 U.S.C. § 1983, 42 U.S.C. § 1985,  the Family and Medical Leave Act, 28 U.S.C. § 2601, *et seq.*, 18 U.S.C. § 2510, *et seq.*, 18 U.S.C. § 2701, *et seq.*, and the Fourteenth Amendment.

5.      This Court has supplemental jurisdiction under 28 U.S.C. § 1367 over the state law claims because those claims form part of "the same case or controversy" as the federal law claims, over which this Court has original jurisdiction under § 1331.

6.      Under 28 U.S.C. § 1441(a), venue of the removed action is proper, as the United States District Court for the District of Maryland, Northern Division, is the District and Division that encompasses Howard County, Maryland, in which the Circuit Court Action was filed.

7.      A copy of this Notice of Removal will be promptly mailed to Plaintiff, and a copy of this Notice of Removal shall be promptly filed with the Clerk of the Circuit Court of Maryland for Howard County in accordance with 28 U.S.C. § 1446(d).

8.      In accordance with 28 U.S.C. § 1446(a) and Local Rule 103.5, attached to this Notice of Removal as Exhibit 2 are copies of all process, pleadings, and orders served upon the Verizon Defendants, and copies of all process, pleadings, orders, and other papers or exhibits of every kind currently on file with the state court.  Pursuant to Local Rule 103.5, undersigned counsel, Tonecia Brothers-Sutton, hereby certifies that true and legible copies of all documents on file in the Circuit Court Action have now been filed in the United States District Court for the District of Maryland.

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1367,  and removal is appropriate pursuant to 28 U.S.C. § 1441(a), notice is hereby given that the Circuit Court Action, now pending in the Circuit Court of Maryland for Howard County, Case No. C-13-CV-23-000942 is removed in its entirety to this Court.

Dated: December 22, 2023                            Respectfully submitted,

                                                     /s/
                                                    Donald E. English (Bar No. 27534)
                                                    Jill S. Distler (Bar No. 26166)
                                                    Tonecia R. Brothers-Sutton (Bar No. 30559)
                                                    JACKSON LEWIS P.C.
                                                    2800 Quarry Lake Drive, Suite 200
                                                    Baltimore, Maryland 21209
                                                    (410) 415-2004 – Telephone
                                                    (410) 415-2001 – Facsimile
                                                    Donald.English@jacksonlewis.com
                                                    Jill.Distler@jacksonlewis.com
                                                    Tonecia.Brother-Sutton@jacksonlewis.com

                                                    *Counsel for Defendants Verizon Maryland LLC*
                                                    *and Jeffrey Douglas*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22 day of December, 2023, a copy of the foregoing Notice of Removal was filed through the ECF system and was sent electronically via email and also by U.S. First Class Mail to:

Onwy C. Uzoigwe
7400 Brixworth Ct.
Apt 104
Windsor Mill, MD 21244

Laurence M. Goodman, Esquire
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
lgoodman@wwdlaw.com
(215) 656-3600

Paul Douglas Starr, Esquire
809 Gleneagles Ct. Suite 320
Baltimore, MD 21286
Pstarr@abatolaw.com

/s/
Tonecia R. Brothers-Sutton

4894-1908-3927, v. 1